**BRYAN CAVE LLP**
John W. Amberg, SBN: 108166
Shelly C. Gopaul, SBN: 246382
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Tel: (310) 576-2280
Fax: (310) 260-7180
Email: jwamberg@bryancave.com
          shelly.gopaul@bryancave.com

**BRYAN CAVE LLP**
Keith Aurzada, *Pro Hac Vice*
JPMorgan Chase Tower, Suite 3300
2200 Ross Avenue
Dallas, TX 75201
Tel: (214) 721-8000
Fax: (214) 721-8100
Email: keith.aurzada@bryancave.com

**BRYAN CAVE LLP**
Ryan T. Pumpian, *Pro Hac Vice*
John C. Bush, *Pro Hac Vice*
One Atlantic Center
Fourteenth Floor
1201 W. Peachtree St., NW
Atlanta, GA 30309
Tel: (404) 572-6600
Fax: (404) 572-6999
Email: ryan.pumpian@bryancave.com
          john.bush@bryancave.com

Attorneys for Defendant and Counterclaimant
eCLINICALWORKS, LLC

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Uniloc Luxembourg S.A. and Uniloc USA, Inc.,<br><br>          Plaintiffs,<br><br>     v.<br><br>eClinicalWorks, LLC, and Pulse Systems, Inc.<br><br>          Defendant.<br><br>And Related Counterclaim | **No. 2:13-cv-03244-MWF (PLAx)**<br>**ORDER GRANTING DEFENDANTS'**<br>**E*X PARTE* APPLICATION TO EXTEND PAGE LIMITS** |

Defendants eClinicalWorks, LLC and Pulse Systems, Inc. submitted their *ex parte* application to extend page limits, and conveyed Uniloc's position on that application.

Having read and considered Defendant's *Ex Parte* Application, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The *Ex Parte* Application to Extend Page Limits is granted.
2. Each Defendant shall have up to 25 pages to move for summary judgment on non-infringement.
3. Plaintiffs shall jointly have up to 25 pages to oppose each Defendant's motion for summary judgment on non-infringement.
4. Defendants shall jointly have up to 25 pages to move for summary judgment on invalidity.
5. Plaintiffs shall jointly have up to 25 pages to oppose the Defendants' joint motion for summary judgment on invalidity.

**IT IS SO ORDERED.**

DATED: July 8, 2013

JUDGE, UNITED STATES DISTRICT COURT

Respectfully submitted:

BRYAN CAVE LLP
John W. Amberg
(*jwamberg@bryancave.com*)
Keith Aurzada
(*keith.aurzada@bryancave.com*)
Ryan T; Pumpian
(ryan.pumpian@bryancave.com)
Shelly C. Gopaul
(*shelly.gopaul@bryancave.com*)
John C. Bush
(*john.bush@bryancave.com)*
120 Broadway, Suite 300
Santa Monica, CA  90401-2386
Tel.: (310) 576-2100
Fax: (310) 576-2200

Attorneys for Defendant
eCLINICALWORKS, LLC

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, CA 90401-2305. My email address is jcchiri@bryancave.com

On July 3, 2013, I served the foregoing document, described as **(PROPOSED) ORDER GRANTING DEFENDANTS' E*X PARTE* APPLICATION TO EXTEND PAGE LIMITS** on each interested party in this action, as follows:

| | |
|---|---|
| Lawrence M. Hadley<br>(*LHadley@McKoolSmithHennigan.com*)<br>Jeffrey Huang<br>(*JHuang@McKoolSmithHennigan.com*)<br>**McKOOL SMITH HENNIGAN, P.C.**<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>Tel: 213-694-1200<br>Fax: 213-694-1234 | Jim Etheridge<br>(*jim@etheridgelaw.com*)<br>**ETHERIDGE LAW GROUP**<br>2600 East Southlake Blvd<br>Suite 120-324<br>Southlake, TX 76092<br>Tel: 817-470-7249<br>Fax: 817-887-5950 |

Attorneys for *Uniloc Luxembourg, S.A.*

Don V. Kelly
(*dkelly@evans-dixon.com*)
Benjamin M. Fletcher
(*bfletcher@evans-dixon.com*)
**EVANS & DIXON LLC**
Metropolitan Square
211 N. Broadway, Suite 2500
St. Louis, MO 63102-2727
Tel: 314-621-7755
Fax: 314-621-3136

Attorneys for *Pulse Systems, Inc.*

☒ **VIA ELECTRONIC SERVICE :** By electronic filing with the Clerk of this Court using the CM/ECF System, which will send a Notice of Electronic Filing (NEF) to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action.

Executed on July 3, 2013, at Santa Monica, California.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Judith C. Chiri*
Judith C. Chiri