1  MCKOOL SMITH HENNIGAN, P.C.
   LAWRENCE M. HADLEY (SBN 157728)
2  lhadley@mckoolsmithhennigan.com
   JEFFREY HUANG (SBN 266774)
3  jhuang@mckoolsmithhennigan.com
   865 South Figueroa Street, Suite 2900
4  Los Angeles, California 90017
   (213) 694-1200 - Telephone
5  (213) 694-1234 - Facsimile

6  ETHERIDGE LAW GROUP
   JIM ETHERIDGE (SBN 158629)
7  Jim@etheridgelaw.com
   2600 East Southlake Blvd.
8  Southlake, TX 76092
   (817) 470-7249 - Telephone
9  (817) 887-5950 - Facsimile

10 Attorneys for UNILOC LUXEMBOURG S.A.
   and UNILOC USA, INC.
11

12          **UNITED STATES DISTRICT COURT**

13          **CENTRAL DISTRICT OF CALIFORNIA**

14

15 | UNILOC LUXEMBOURG S.A., and    ) Case No. cv13-03244- MWF (PLAx)
   | UNILOC USA, INC.               )
16 |                                )
   |                  Plaintiffs,   ) **(CONSOLIDATED ACTIONS)**
17 |                                )
   | vs.                            )  **[REDACTED]**
18 |                                )
   | e CLINICAL WORKS, LLC AND      ) **DECLARATION OF JEFFREY
19 | PULSE SYSTEMS INC.,            ) HUANG IN SUPPORT OF
   |                                ) PLAINTIFFS' OPPOSITION TO
20 |                  Defendants.   ) DEFENDANTS' MOTIONS FOR
   |                                ) SUMMARY JUDGMENT OF NON-
21 |_____) INFRINGEMENT
   | AND RELATED COUNTERCLAIMS.     )
22 |                                ) DATE: August 20, 2013
   |_____) TIME: 10:00 a.m.
23                                    CTRM: 1600

24                                    Hon. Judge Michael W. Fitzgerald

I, Jeffrey Huang, declare and state as follows:

1. I am an attorney admitted to practice before the Courts of the State of California. I am an Associate in the law firm of McKool Smith Hennigan P.C., counsel of record for plaintiffs Uniloc Luxembourg S.A. and Uniloc USA, Inc. (Collectively, "Uniloc") in this action. I make this declaration in support of Uniloc's Opposition to Defendants' Motions for Summary Judgment of Non-Infringement. I have personal knowledge of the facts set forth in this declaration and could and would testify competently if called as a witness.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript to the deposition of Christopher Gregg, taken on April 18, 2013.

3. Attached hereto as **Exhibit B** is a true and correct copy of the CCHIT Certified 2011 Certification Handbook, that I downloaded from https://www.cchit.org/ambulatory-ehr.

4. Attached hereto as **Exhibit C** is a true and correct copy of the CCHIT Certified 2011 Ambulatory EHR Test Script, that I downloaded from https://www.cchit.org/ambulatory-ehr.

5. Attached hereto as **Exhibit D** is a true and correct copy of a press release entitled "Pulse Complete EHR Receives ONC-ATCB 2011/2012 Certification," dated October 4, 2010, that I downloaded from http://www.pulseehr.com/wp-content/uploads/2012/08/ATCB-Certification.pdf.

6. Attached hereto as **Exhibit E** is a true and correct copy of Uniloc's First Amended Complaint, in Case No. CV13-03244, filed May 7, 2013.

7. Attached hereto as **Exhibit F** is a true and correct copy of Medsquire, LLC's Complaint for Patent Infringement against eClinicalWorks, LLC, in Case No. 2:11-CV-04504, filed September 21, 2011.

8. Attached hereto as **Exhibit G** is a true and correct copy of Medsquire, LLC's Infringement Contentions as to Defendant eClinicalWorks, served on September 17, 2012.

9. Attached hereto as **Exhibit H** is a true and correct copy of Uniloc's First Amended and Supplemental Response to Interrogatories No. 1, 7, 8, 10, 11, 12, 13, and 14 of Defendant eClinicalWorks' First Set of Interrogatories, served on March 20, 2013.

10. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the transcript to the deposition of Richard Cooper, taken on June 24, 2013.

11. Attached hereto as **Exhibit J** is a true and correct copy of excerpts from the transcript to the deposition of Timothy Smokoff, taken on April 2, 2013.

12. Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the transcript to the deposition of Thomas Marlin, taken on April 8, 2013.

13. Attached hereto as **Exhibit L** is a true and correct copy of excerpts from the transcript to Volume 1 of the deposition of Dean Forrest Sittig, taken on June 13, 2013.

14. Attached hereto as **Exhibit M** is a true and correct copy of excerpts from the transcript to the deposition of Girish Navani, taken on April 3, 2013.

15. Attached hereto as **Exhibit N** is a true and correct copy of excerpts of the prosecution file history of the '526 patent.

16. Attached hereto as **Exhibit O** is a true and correct copy of excerpts of the Rebuttal Expert Report of Dean Sittig, PH.D., on Non-Infringement, dated Mary 29, 2013.

17. Attached hereto as **Exhibit P** is a true and correct copy of a webpage entitled "eClinicalWorks Pricing," that I downloaded from http://eclinicalworks.com/products-pricing.htm.

18. Attached hereto as **Exhibit Q** is a true and correct copy of a webpage entitled "my eClinicalWorks Login," that I downloaded from https://my.eclinicalworks.com.

19. Attached hereto as **Exhibit R** is a true and correct copy of a webpage entitled "eClinicalWorks EMR RecievesC-ATCB 2011/2012 Certification," dated

1  October 1, 2010, that I downloaded from http://www.eclinicalworks.com/d33844b2-
2  f7fc-4e58-9c34-d446bf2956ec/news-and-events-2009-detail.htm.

3  20. Attached hereto as **Exhibit S** is a true and correct copy of excerpts from
4  the transcript to Volume 2 of the deposition of Dean Forrest Sittig, taken on June 28,
5  2013.

6  21. Attached hereto as **Exhibit T** is a true and correct copy of excerpts from
7  the rough of the transcript to the deposition of Dennis Groth, taken on July 19, 2013.

8  22. Attached hereto as **Exhibit U** is a true and correct copy of excerpts from
9  the transcript to the deposition of Roy Hays, taken on April 10, 2013.

11  I declare under penalty of perjury under the laws of the United States of
12  America that the foregoing is true and correct.

13  Executed this 23rd day of July, 2013, at Los Angeles, California.



Jeffrey Huang

CV13-03244 MWF (PLAX)     -3-     DECLARATION OF JEFFREY HUANG
910055