**BRYAN CAVE LLP**
John W. Amberg, SBN: 108166
Shelly C. Gopaul, SBN: 246382
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Tel: (310) 576-2280
Fax: (310) 260-7180
Email: jwamberg@bryancave.com
       shelly.gopaul@bryancave.com

**BRYAN CAVE LLP**
Keith Aurzada, *Pro Hac Vice*
JPMorgan Chase Tower, Suite 3300
2200 Ross Avenue
Dallas, TX 75201
Tel: (214) 721-8000
Fax: (214) 721-8100
Email: keith.aurzada@bryancave.com

**BRYAN CAVE LLP**
Ryan T. Pumpian, *Pro Hac Vice*
John C. Bush, *Pro Hac Vice*
One Atlantic Center
Fourteenth Floor
1201 W. Peachtree St., NW
Atlanta, GA 30309
Tel: (404) 572-6600
Fax: (404) 572-6999
Email: ryan.pumpian@bryancave.com
       john.bush@bryancave.com

Attorneys for Defendant and Counterclaimant
eCLINICALWORKS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Uniloc Luxembourg S.A. and Uniloc USA, Inc.,<br><br>   Plaintiffs,<br><br>   v.<br><br>eClinicalWorks, LLC,<br><br>   Defendant.<br><br>And Related Counterclaim | No. 2:13-cv-03244-MWF (PLAx)<br><br>**DECLARATION OF JOHN C. BUSH** |

PGDOCS\6303536.1\0324009

I, John C. Bush, declare as follows.

1. I am more than eighteen (18) years of age, am competent to give testimony and make this declaration, and have knowledge of the facts stated herein.

2. I am an associate with the law firm Bryan Cave LLP and, by admission *pro hac vice*, am an attorney of record in this case for the Defendant eClinicalWorks, LLC.

Timson

3. On April 8, 2013, eClinicalWorks served requests for admission ("RFAs") on Plaintiff Uniloc Luxembourg S.A. The RFAs were accompanied by electronic documents.

4. A true and correct copy of Uniloc Luxembourg's Response to eClinicalWorks's First Set of Requests for Admission is attached hereto as Exhibit 1.

5. RFA No. 13 sought the following admission about a particular article ("Timson"):

> The file named "procascamc00010-0315.pdf" is a true and correct copy of an article titled, "The File Manager System."[footnote] This article was published in the Proceedings of the Annual Symposium on Computer Application in Medical Care in 1980.

6. RFA No. 13 further contained a footnote, which stated: "The article is also accessible through http://www.ncbi.nlm.nih.gov/pmc/articles/PMC2203871/."

7. Uniloc Luxembourg S.A. responded to RFA No. 13 by stating:

> Plaintiff did not produce the referenced file or have it in its possession. Plaintiff has made a reasonable inquiry, but the information it knows or can readily obtain is insufficient to enable it to truthfully admit or deny this request. Pursuant to Fed. R. Civ. P. 36(a)(4), Plaintiff denies this request for that reason. Plaintiff expects that prior to trial in this action, the parties will engage in a good faith meet and confer regarding

1

proposed exhibits and resolve authenticity and admissibility issues.

8. A true and correct printout of the webpage accessible at http://www.ncbi.nlm.nih.gov/pmc/articles/PMC2203871/ is attached hereto as Exhibit 2. The webpage contains publication information about Timson. The webpage is maintained by the U.S. National Institutes of Health's National Library of Medicine (NIH/NLM). The NIH/NLM maintains information about Timson and other articles as part of PubMed Central, which is a free, publicly available archive of biomedical and life sciences journal literature.

9. According to the information in Exhibit 2, NIH/NLM records reflect that Timson was published in 1980 as part of the Proceedings of the Annual Symposium on Computer Application in Medical Care. NIH/NLM records further reflect that the article appeared at Pages 1645-49 of the published proceedings.

10. I downloaded Timson as the filename "procascamc00010-0315.pdf," referenced in Paragraph 5 of this declaration from the NIH/NLM website. A true and correct copy of "procascamc00010-0315.pdf" was served with the RFAs and is attached hereto as Exhibit 3. An annotated version of "procascamc00010-0315.pdf" was filed as part of the Defendants' Joint Appendix of Exhibits as Exhibit H.

11. I coordinated with employees in Bryan Cave LLP's library to access the original printed volume in which Timson appears. We subsequently engaged Steve Wasserman to copy certain pages from the original volume. Those pages are attached to Mr. Wasserman's declaration.

Documents Cited at Summary Judgment

12. In their reply briefing in support of their motions for summary judgment, Defendants eClinicalWorks, LLC and Pulse Systems, Inc. have cited to deposition transcript pages that were not previously included in Defendants Joint Appendix of Exhibits. I am attaching these new pages to this declaration.

13. A true and correct copy of excerpts from the transcript of the deposition of Richard Cooper, which was taken on June 24, 2013, are attached hereto as

1  Exhibit 4.

2      14.    A true and correct copy of excerpts from the transcript of the deposition of Thomas Marlin, which was taken on April 8, 2013, are attached hereto as Exhibit 5.

6  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9  Executed on this 2nd day of August, 2013.

                              /s/ John C. Bush
                              John C. Bush

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

3

PGDOCS\6303536.1\0324009