1  MORRIS POLICH & PURDY LLP
   Matthew L. Marshall
2  mmarshall@mpplaw.com
   Derek A. Simpson
3  dsimpson@mmpplaw.com
4  1055 W. Seventh Street, 24th Floor
   Los Angeles CA 90017
5  (213) 417-5106
   (213) 488-1178 (facsimile)
6

7  EVANS & DIXON, LLC
   Don V. Kelly (*pro hac vice*)
8  dkelly@evans-dixon.com
   Metropolitan Square
9  211 N. Broadway, Suite 2500
   Saint Louis, Missouri 63102
10 (314) 621-7755
11 (314) 621-3136 (facsimile)
   Attorneys for Defendant, Pulse Systems, Inc.
12

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNILOC LUXEMBOURG S.A.,** | Case No. 2:13-cv-03244-MWF (PLAx) |
| Plaintiff, | **DECLARATION OF DR. MARK R. DAMBRO** |
| v. | |
| **eCLINICALWORKS, LLC; PULSE SYSTEMS, INC.,** | |
| Defendants. | |
| **AND RELATED COUNTERCLAIMS.** | |

-1-

DECLARATION OF DR. MARK R. DAMBRO

I, Mark R. Dambro, being first duly sworn upon my oath, state that I am competent to make this statement and have personal knowledge of the following facts which are true under penalty of perjury to the best of my knowledge and belief:

1. I am a physician in private practice in Fort Worth, Texas. A true and correct copy of my CV is attached hereto.

2. COSTAR (COmputer STored Ambulatory Record) is a computer-based medical information system originally developed in the 1960's at the Laboratory of Computer Science at Massachusetts General Hospital.

3. From 1988 to 1993, I was the chairman of the COSTAR Users' Group.

4. I have personally performed installations of COSTAR at various facilities. I personally obtained a public domain version of the COSTAR system in approximately 1983 and have worked with the COSTAR system since that time.

5. Attached is a true and accurate copy of the COSTAR User's Manual as of March 1981, which was in use and publicly available since 1981. Updated editions have been published since 1981. As chairman of the COSTAR Users' Group, I personally lead an effort to update and modernize several User Manuals in the late 1980's.

6. As shown by the attached manual, the COSTAR system utilized a hierarchy of medical parameters to chart and display patient information.

-2-

DECLARATION OF DR. MARK R. DAMBRO

Specifically, end users of the COSTAR system interact with the system to dynamically produce flowcharts of medical data. Such definitions can be run in real-time and/or stored for subsequent execution.

7. COSTAR allows for the dynamic updating of its internal data structure to allow, for example, end user additions to the COSTAR internal directory. Medications, diagnoses, signs, symptoms, along with scheduling and billing parameters are some of the data elements that can be specified by the end user.

8. COSTAR allows for the inclusion of user-specified routines (programs to be executed) based on each entry in its directory. This creates an enormous flexibility in implementing localizations of COSTAR systems. This was used extensively by many, if not all, installations of COSTAR, although this capability was most often implemented by local programming staff as opposed to end users.

9. Since at least 1983, COSTAR users could define and create their own parameters for charting, could encapsulate groups of parameters and program the display of (linked) parameters based upon the result values input for other parameters. The modifier concept, a basic tenet of the COSTAR directory structure, allows for linked parameters to stem terms. For example, the term "HYPERTENSION" might be modified by the

-3-

DECLARATION OF DR. MARK R. DAMBRO

linked terms, "ESSENTIAL", "LABILE", "ACCELERATED", "MILD", "MODERATE", etc. An end user can easily select from these linked terms during medical record creation or reporting.

10. In addition, at least since 1983, COSTAR users had the ability to pre-determine result values (default values) for parameters and choose to store those pre-determined values for a particular patient encounter. For example, the entry of a lab result causes the COSTAR system to propose the entry of an interpretation (NORMAL, ABNORMAL, etc.) based on the value entered, plus the age and gender of the patient. Such proposed interpretations can be easily overridden if needed.

Further Affiant sayeth not.

/s/*Mark R. Dambro, M.D.*
Mark R. Dambro, MD

-4-

DECLARATION OF DR. MARK R. DAMBRO