**BRYAN CAVE LLP**
John W. Amberg, SBN: 108166
Shelly C. Gopaul, SBN: 246382
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Tel: (310) 576-2280
Fax: (310) 260-7180
Email: jwamberg@bryancave.com
       shelly.gopaul@bryancave.com

**BRYAN CAVE LLP**
Keith Aurzada, *Pro Hac Vice*
JPMorgan Chase Tower, Suite 3300
2200 Ross Avenue
Dallas, TX 75201
Tel: (214) 721-8000
Fax: (214) 721-8100
Email: keith.aurzada@bryancave.com

**BRYAN CAVE LLP**
Ryan T. Pumpian, *Pro Hac Vice*
John C. Bush, *Pro Hac Vice*
One Atlantic Center
Fourteenth Floor
1201 W. Peachtree St., NW
Atlanta, GA 30309
Tel: (404) 572-6600
Fax: (404) 572-6999
Email: ryan.pumpian@bryancave.com
       john.bush@bryancave.com

Attorneys for Defendant and Counterclaimant
eCLINICALWORKS, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Uniloc Luxembourg S.A. and Uniloc USA, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>eClinicalWorks, LLC,<br><br>Defendant.<br><br>And Related Counterclaim | **No. 2:13-cv-03244-MWF (PLAx)**<br><br>**Declaration of Steve Wasserman** |

I, Steve Wasserman, declare as follows.

1. I am more than eighteen (18) years of age, am competent to give testimony and make this declaration, and have knowledge of the facts stated herein.

2. I am the owner of Retriev-It, a document retrieval service.

3. I received an order from Bryan Cave in which I was directed to access the three volumes containing the Proceedings of the Fourth Annual Symposium on Computer Applications in Medical Care (the "Proceedings"). I located these volumes in the library system of the University of California at Los Angeles.

4. I was further directed to identify the article, "The File Manager" by George Timson. I located this article in Volume 3 of the Proceedings at pages 1645-49.

5. I copied the title page and copyright information of Volume 3 of the Proceedings. A true and correct copy of these pages is attached to my declaration as Exhibit 1.

6. I also copied the article, "The File Manager" by George Timson. A true and correct copy of the article is attached to my declaration as Exhibit 2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of July, 2013.

Steve Wasserman

1