MCKOOL SMITH HENNIGAN, P.C.
LAWRENCE M. HADLEY (SBN 157728)
lhadley@mckoolsmithhennigan.com
ALAN P. BLOCK (SBN 143783)
ablock@mckoolsmithhennigan.com
JEFFREY HUANG (SBN 266774)
jhuang@mckoolsmithhennigan.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

ETHERIDGE LAW GROUP
JIM ETHERIDGE (SBN 158629)
Jim@etheridgelaw.com
2600 East Southlake Blvd.
Southlake, TX  76092
(817) 470-7249 - Telephone
(817) 887-5950 - Facsimile

Attorneys for UNILOC LUXEMBOURG S.A.
and UNILOC USA, INC.

[SEE ATTACHED PAGE FOR ADDITIONAL COUNSEL]

CLOSED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC LUXEMBOURG S.A., and UNILOC USA, INC.,<br><br>  Plaintiffs,<br><br>vs.<br><br>eCLINICAL WORKS, LLC AND PULSE SYSTEMS INC.,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV-13-3244- MWF (PLAx)<br>Case No. CV-13-3246-MWF (PLAx)<br>**(CONSOLIDATED ACTIONS)**<br><br>**FINAL JUDGMENT** |

cv13-03244 MWF (PLAx)                                   [PROPOSED] FINAL JUDGMENT

1  John W. Amberg,
2  Email:  jwamberg@bryancave.com
   Shelly C. Gopaul,
3  Email: shelly.gopaul@bryancave.com
   BRYAN CAVE LLP
4  120 Broadway, Suite 300
5  Santa Monica, CA 90401-2386

6  Keith Aurzada,
7  Email:  keith.aurzada@bryancave.com
   BRYAN CAVE LLP
8  JPMorgan Chase Tower, Suite 3300
9  2200 Ross Avenue
   Dallas, TX 75201
10

11 Ryan T. Pumpian,
   Email: ryan.pumpian@bryancave.com
12 BRYAN CAVE LLP
   One Atlantic Center
13 Fourteenth Floor
14 1201 W. Peachtree St., NW
   Atlanta, GA 30309
15 Attorneys for Defendant eClinicalWorks, LLC
16

17
   Matthew L. Marshall
18 mmarshall@mpplaw.com
   Derek A. Simpson
19 dsimpson@mmpplaw.com
20 MORRS POLICH & PURY LLP
   1055 W. Seventh Street, 24th Floor
21 Los Angeles Ca 90017

22
   Don V. Kelly (admitted *Pro Hac Vice*)
23 dkelly@evans-dixon.com
   EVANS & DIXON, LLC
24 Metropolitan Square
25 211 N. Broadway, Suite 2500
   Saint Louis, Missouri 63102
26 Attorneys for Defendant Pulse Systems, Inc.

27

28

This Court entered an Amended Order Granting Defendants' Motions for Summary Judgment of Non-Infringement and Denying as Moot Defendants' Motion for Summary Judgment of Invalidity effective August 29, 2013 (Dkt. 102, the "Order")).  Although the Court directed the Clerk to treat the Order, and its entry on the docket, as entry of judgment, the Order did not dispose of Defendants' counterclaims.  Therefore, consistent with the Order and pursuant to the parties' stipulation regarding the Defendants' Counterclaims, IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows.

(1) On Uniloc Luxembourg SA and Uniloc USA, Inc.'s ("Uniloc") claims for relief against Defendant eClinicalWorks LLC ("eClinicalWorks") for direct patent infringement under 35 U.S.C. § 271(a) (Count One), indirect patent infringement based on inducement under 35 U.S.C. § 271(b) (Count Two), and contributory patent infringement under 35 U.S.C. § 271(c) (Count Three), eClinicalWorks does not infringe U.S. Patent No. 5,682,526 ("the '526 patent").  The Court hereby enters JUDGMENT of non-infringement of the '526 Patent in favor of eClinicalWorks on Counts 1-3 of Uniloc's Complaint against eClinicalWorks.

(2) On Uniloc's claims for relief against Defendant Pulse Systems, Inc. ("Pulse") for direct patent infringement under 35 U.S.C. § 271(a) (Count One),  indirect patent infringement based on inducement under 35 U.S.C. § 271(b) (Count Two), and contributory patent infringement under 35 U.S.C. § 271(c) (Count Three), Pulse does not infringe the '526 patent.  The Court hereby enters JUDGMENT of non-infringement of the '526 Patent in favor of Pulse on Counts 1-3 of Uniloc's Complaint against Pulse.

(3) On Count One of Pulse's Counterclaim seeking a declaration that Pulse has not infringed the '526 Patent, the Court's judgment herein on

Uniloc's claims renders this Count of the Counterclaim moot. Thus, this Count is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Pulse is free to assert the claims of this Count in the event this matter is remanded for any reason, including for further consideration.

(4) With regard to Count One of eClinicalWorks' Counterclaim and Count Two of Pulse's Counterclaim, both of which seek a declaration that the '526 Patent is invalid, the Court determined that its resolution of Defendants' motions for summary judgment on non-infringement rendered moot Defendants' Joint Motion for Summary Judgment of Invalidity. Consistent with this ruling, Count One of eClinicalWorks' Counterclaim and Count Two of Pulse's Counterclaim are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). eClinicalWorks and Pulse are free to assert their respective claims of these counts of the Counterclaims in the event this matter is remanded for any reason, including for further consideration.

(5) eClinicalWorks and Pulse, as prevailing parties, are entitled to recover costs pursuant to Fed. R. Civ. P. 54(d)(1) and C.D. Cal. L.R. 54 from Uniloc in an amount to be determined by the Court.

(6) The parties reserve all rights on appeal with respect to this Final Judgment.

The Clerk is directed to enter this Judgment.

DATED: September 29, 2014

By. _____
The Honorable Michael W. Fitzgerald
United States District Court Judge